No. 82–65. BROWN ET AL. *v.* THOMSON, SECRETARY OF STATE OF WYOMING, ET AL. D. C. Wyo. [Probable juris-

diction noted, *ante*, p. 819.] Motion of Peter J. Mulvaney, Esquire, to permit Randall T. Cox, Esquire, to present oral argument *pro hac vice* on behalf of appellees granted.